# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| SIRAGUSA, CHARLES J. | U.S. DISTRICT COURT, WDNY | 08/08/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S.DISTRICT JUDGE (SENIOR) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

1360 UNITED STATES COURTHOUSE
100 STATE STREET
ROCHESTER, NEW YORK 14614

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | ADVISORY BOARD MEMBER | COBBLESTONE ARTS CENTER |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | PENSION | NEW YORK STATE RETIREMENT SYSTEM (STARTED TO RECIEVE BENEFITS AS OF NOVEMBER 1, 2005) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 08/08/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | ATTORNEY (SELF-EMPLOYED) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 08/08/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 08/08/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. M & T BANK | A | Interest | M | T | | | | | |
| 2. ACCOUNT # 1 (H) | | | | | | | | | |
| 3. COVIDIEN PLC (Y) | | | | | | | | | |
| 4. ACTAVIS PLC (Y) | | | | | | | | | |
| 5. ADOBE SYSTEMS (ADBE) (X) | | None | J | T | | | | | |
| 6. AETNA INC NEW CT AET (X) | | None | J | T | | | | | |
| 7. AKAMAI TECHNOLOGIES | | None | J | T | | | | | |
| 8. ALIBABA GROUP HLDG LTD | | None | J | T | Buy | 05/21/15 | J | | |
| 9. ALLERGAN PLC SHS (AGN) (X) | | None | J | T | | | | | |
| 10. ALPHABET INC CL A (formerly GOOGLE INC CL C) (GOOG) | | None | J | T | | | | | |
| 11. ALPHABET INC CL C (formerly GOOGLE INC CL A) (GOOGL) | | None | J | T | | | | | |
| 12. AMAZON COM INC | | None | J | T | Sold (part) | 05/28/15 | J | A | |
| 13. AMERICAN EXPRESS CO (AXP) (X) | A | Dividend | J | T | | | | | |
| 14. ANADARKO PETROLEUM CORP. | A | Dividend | J | T | | | | | |
| 15. ANHEUSER-BUSCH INBEV SPONS | A | Dividend | J | T | | | | | |
| 16. APPLE INC | A | Dividend | J | T | | | | | |
| 17. ARM HOLDINGS PLC ADS (ARMH) | A | Dividend | J | T | Buy | 02/13/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 08/08/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ARYZTA AG ZUERICH | A | Dividend | J | T | | | | | |
| 19. ASML HLDG NV NEW YORK REG | A | Dividend | J | T | | | | | |
| 20. ASTRAZENECA PLC ADS | A | Dividend | J | T | | | | | |
| 21. ATLAS COPCO AB SP ADR B SP ADR (ATLCY) (X) | A | Dividend | J | T | | | | | |
| 22. AUTODESK | | None | J | T | | | | | |
| 23. AXA UAP SPONS ADR | A | Dividend | J | T | | | | | |
| 24. BANCO BILBAO VIZ ARG SA ADS (BBVA) (Y) | | | | | | | | | |
| 25. BARCLAYS PLC ADR (BCS) (X) | A | Dividend | J | T | | | | | |
| 26. BASF AG SPONS ADR (Y) | | | | | | | | | |
| 27. BIOGEN IDEC INC. | | None | J | T | Sold (part) | 03/12/15 | J | A | |
| 28. BLACKROCK INC. | A | Dividend | J | T | | | | | |
| 29. BRISTOL MYERS SQUIBB CO | A | Dividend | J | T | | | | | |
| 30. BROADCOMM CORP | A | Dividend | J | T | | | | | |
| 31. CABLEVISION SYSTEMS CORP CL A | A | Dividend | | | Sold | 09/17/15 | J | A | |
| 32. CELGENE CORP | | None | J | T | | | | | |
| 33. CHARLES SCHWAB CORP | A | Dividend | J | T | | | | | |
| 34. CHECK POINT SOFTWARE TECH LTD | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. CITRIX SYSTEMS INC | | None | J | T | Buy (add'l) | 01/20/15 | J | | |
| 36. CME GROUP INC. CLASS A | A | Dividend | J | T | | | | | |
| 37. COCA COLA CO. | A | Dividend | J | T | | | | | |
| 38. COMCAST CORP CL A-SPL | A | Dividend | J | T | | | | | |
| 39. CREE INC. | | None | J | T | | | | | |
| 40. CVS HEALTH CORP COM (CVS) | A | Dividend | J | T | | | | | |
| 41. DIAGEO PLC -SPONSORED ADR NEW | A | Dividend | J | T | | | | | |
| 42. DIRECTV CL A (Y) | | | | | | | | | |
| 43. DOLBY LABORATORIES INC CLASS A | A | Dividend | J | T | | | | | |
| 44. EATON CORP | A | Dividend | J | T | | | | | |
| 45. EBAY INC. | | None | J | T | | | | | |
| 46. ECOLAB INC (EGL) (X) | A | Dividend | J | T | | | | | |
| 47. EMC CORP-MASS (Y) | | | | | | | | | |
| 48. ESSILOR INTL SA SPONS ADR (ESLOY) (X) | A | Dividend | J | T | | | | | |
| 49. FACEBOOK INC CL-A | | None | J | T | | | | | |
| 50. FLUOR CORP NEW | A | Dividend | J | T | | | | | |
| 51. FMC TECHNOLOGIES INC (FTI) | | None | J | T | Buy | 01/23/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 08/08/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. GENERAL ELECTRIC | A | Dividend | J | T | | | | | |
| 53. HITACHI 10 COM NEW ADR (Y) | | | | | | | | | |
| 54. HOME DEPOT | A | Dividend | J | T | | | | | |
| 55. HONDA MOTOR COMPANY LTD ADR (HMC) (X) | A | Dividend | | | Sold | 05/21/15 | J | A | |
| 56. HONG KONG EXCHANGES AND CLEARING (HKXCY) (Y) | | | | | | | | | |
| 57. HOYA CORP SPONS ADR | A | Dividend | J | T | | | | | |
| 58. HSBC HOLDING PCL SPON ADR NEW (HSBC) (X) | | None | | | Sold | 02/13/15 | J | A | |
| 59. HUTCHINSON WHAMPOA ADR (HUWHY) (X) (Y) | | | | | | | | | |
| 60. ICON PLC SP ADR | | None | J | T | | | | | |
| 61. IMMUNOGEN INC (IMGN) (X) | | None | J | T | | | | | |
| 62. ING GROEP NV SPONS ADRK | A | Dividend | J | T | | | | | |
| 63. IONIS PHARMACEUTICALS INC (formerly ISIS PHARMACEUTICALS) (IONS) | | None | J | T | | | | | |
| 64. JOHNSON & JOHNSON | A | Dividend | J | T | | | | | |
| 65. L 3 COMMUNICATIONS HLDGS INC. | A | Dividend | J | T | | | | | |
| 66. LIBERTY MEDIA HOLDG CORP INTERACTIVE SER A | | None | J | T | | | | | |
| 67. LINKEDIN CORP-A (LNKD) (X) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 08/08/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. LONDON STK EXCHANGE GROUP ADR (LNSTY) | | None | J | T | Buy | 11/09/15 | J | | |
| 69. MEDTRONIC PLC SHS (MDT) | A | Dividend | J | T | Buy | 01/27/15 | J | | |
| 70. METTLER TOLEDO INTERNATIONAL INC. COMMON STOCK | | None | J | T | | | | | |
| 71. MICROSOFT CORP | A | Dividend | J | T | | | | | |
| 72. MITSUBISHI UFJ FINCL GRP ADS (MTU) (X) | A | Dividend | J | T | | | | | |
| 73. MONSANTO CO | A | Dividend | J | T | | | | | |
| 74. NASDAQ OMX GROUP INC. | A | Dividend | J | T | | | | | |
| 75. NESTLE SA SPONSORED ADR REPSTG REG SH | A | Dividend | J | T | | | | | |
| 76. NIKE INC CLASS B | A | Dividend | J | T | | | | | |
| 77. NOVARTIS AG ADR K | A | Dividend | | | Sold | 10/07/15 | J | A | |
| 78. NOVO NORDISK A S ADR | A | Dividend | J | T | | | | | |
| 79. NOVOZYMES A/S UNSPONS APR (NVZMY) | A | Dividend | J | T | Buy | 01/20/15 | J | | |
| 80. NUCOR CORP | A | Dividend | J | T | | | | | |
| 81. ONO PHARMACEUTICAL CO LTD ADR | A | Dividend | J | T | | | | | |
| 82. ORIX CORP SPONS ADR | A | Dividend | J | T | | | | | |
| 83. PALL CORP | A | Dividend | | | Sold | 05/13/15 | J | B | |
| 84. PAYPAL HLDGS INC COM (PYPL) (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 08/08/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. PRECISION CAST PARTS CORP (Y) | | | | | | | | | |
| 86. QUALCOMM INC | A | Dividend | | | Sold | 03/12/15 | J | A | |
| 87. RED HAT INC | | None | J | T | | | | | |
| 88. REGENERON PHARM (REGN) (X) | | None | J | T | | | | | |
| 89. ROCKWELL COLLINS INC (COL) (X) | | None | J | T | | | | | |
| 90. RYANAIR HLDGS PLC ADR | A | Dividend | J | T | | | | | |
| 91. SAFRAN SA (SAFRY) | A | Dividend | J | T | Buy | 01/20/15 | J | | |
| 92. SANDISK CORP | A | Dividend | J | T | | | | | |
| 93. SAP SPONS ADR-USD | A | Dividend | J | T | | | | | |
| 94. SCHLUMBERGER LTD | A | Dividend | J | T | | | | | |
| 95. SEAGATE TECHNOLOGY | A | Dividend | J | T | | | | | |
| 96. SHIRE PLC | A | Dividend | J | T | | | | | |
| 97. SHISEIDO LTD SPON ADR (SSDOY) | A | Dividend | J | T | Buy | 06/01/15 | J | | |
| 98. SIGNET JEWELERS LIMITED | A | Dividend | J | T | | | | | |
| 99. SOFTBANK CORP UNSPONS ADR (SFTBY) (X) | A | Dividend | | | Sold | 11/24/15 | J | | |
| 100. SUMITOMO MITSUI FINL GROUP INC (SMFG) | A | Dividend | J | T | Buy | 01/20/15 | J | | |
| 101. SUNCOR ENERGY INC NEW COM (SU) | A | Dividend | J | T | Buy | 01/20/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 08/08/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. TARGET CORPORATION | | None | | | Sold | 01/20/15 | J | A | |
| 103. TE CONNECTIVITY LTD NEW | A | Dividend | J | T | | | | | |
| 104. TEXAS INSTRUMENTS | A | Dividend | J | T | | | | | |
| 105. THERMO FISHER SCIENTIFIC | A | Dividend | J | T | | | | | |
| 106. TOWERS WATSON & CO CL A (Y) | | | | | | | | | |
| 107. TWENY-FIRST CENTURY FOX CL A | A | Dividend | J | T | | | | | |
| 108. TWENY-FIRST CENTURY FOX CL B | A | Dividend | | | Sold | 03/17/15 | J | A | |
| 109. TYCO INTERNATIONAL LTD. NEW | A | Dividend | J | T | | | | | |
| 110. UBS GROUP AG SHS | A | Dividend | J | T | | | | | |
| 111. UNITED PARCEL SERVICE CL B | A | Dividend | J | T | | | | | |
| 112. UNITEDHEALTH GROUP INC. | A | Dividend | J | T | | | | | |
| 113. UNITED OVERSEAS BANK LTD SPONS ADR | A | Dividend | | | Sold | 08/12/15 | J | A | |
| 114. VERTEX PHARMACEUTICALS | | None | J | T | | | | | |
| 115. VESTAS WIND SYSTEMS ADS (VWDRY) | | None | J | T | Buy | 10/26/15 | J | | |
| 116. VISA INC | A | Dividend | J | T | | | | | |
| 117. VODAFONE GROUP PLC SP ADR (Y) | | | | | | | | | |
| 118. W W GRAINGER INC (GWW) | A | Dividend | J | T | Buy | 01/20/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 08/08/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. WALT DISNEY CO | A | Dividend | J | T | | | | | |
| 120. WEATHERFORD INTL LTD (WFT) | | None | J | T | Buy | 01/20/15 | J | | |
| 121. WESTERN DIGITAL CORP (WDC) (X) | | None | J | T | | | | | |
| 122. WOLSELEY PLC JERSEY SPNSRD ADR | A | Dividend | J | T | | | | | |
| 123. XILINX INC | A | Dividend | J | T | | | | | |
| 124. YUM BRANDS INC | A | Dividend | J | T | | | | | |
| 125. ZOETIS INC CLASS-A | A | Dividend | J | T | | | | | |
| 126. ISHARES CORE US GROWTH ETF | | None | | | Sold | 01/20/15 | J | A | |
| 127. ISHARES RUSSELL 1000 GRW ETF | | None | | | Sold | 01/20/15 | J | A | |
| 128. VANGUARD FTSE DEVELOPED MKTS E | | None | | | Sold | 01/20/15 | J | A | |
| 129. ACCOUNT # 2 (H) | | | | | | | | | |
| 130. BLACKROCK GLOBAL SCIENCE & TECH OPPORT PORTFOLIO CL INSTL | A | Dividend | J | T | | | | | |
| 131. BLACKROCK VALUE OPPORTUNITIES FUND INC CL INSTL | | None | J | T | | | | | |
| 132. ACCOUNT # 3 (H) | | | | | | | | | |
| 133. MORGAN STANLEY BANK, N.A. | A | Interest | J | T | | | | | |
| 134. IRA #1 (H) | | | | | | | | | |
| 135. TACTICAL DIVERSIFIED FUTURES | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 08/08/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. IRA #2 (H) | | | | | | | | | |
| 137. GOLDMAN SACHS SMALL VALUE FUND CLASS B | A | Dividend | J | T | | | | | |
| 138. IRA #3 (H) | | | | | | | | | |
| 139. BLACKROCK VALUE OPPORTUNITIES FUND INC CL INSTL | A | Dividend | J | T | | | | | |
| 140. IRA #4 (H) | | | | | | | | | |
| 141. BLACKROCK VALUE OPPORTUNITIES FUND INC CL INSTL | A | Dividend | J | T | | | | | |
| 142. COLLEGE SAVINGS PROGRAM #1 (H) | | | | | | | | | |
| 143. DEVELOPED MARKETS INDEX PORTFOLIO | A | Int./Div. | L | T | Buy (add'l) | 04/22/15 | J | | |
| 144. AGGRESIVE AGE BASED OPTION:MODERATE GROWTH | A | Int./Div. | L | T | Buy (add'l) | 04/22/15 | J | | |
| 145. COLLEGE SAVINGS PROGRAM #2 (H) | | | | | | | | | |
| 146. DEVELOPED MARKETS INDEX PORTFOLIO | A | Int./Div. | M | T | Buy (add'l) | 04/22/15 | K | | |
| 147. DEFERRED COMPENSATION (H) | | | | | | | | | |
| 148. FIDELITY LARGE CAP STOCK FUND | A | Dividend | J | T | | | | | |
| 149. VT FIDELITY CONTRAFUND | A | Dividend | J | T | | | | | |
| 150. DODGE AND COX INTL STOCK | A | Dividend | J | T | | | | | |
| 151. IRA #5 (H) | | | | | | | | | |
| 152. MORGAN STANLEY BANK, N. A. | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 08/08/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153. GOLDMAN SACHS SMALL VALUE FUND CLASS B COMMON STOCK | A | Dividend | J | T | | | | | |
| 154. GAMCO GLOBAL GOLD NATURAL RESO | A | Dividend | J | T | | | | | |
| 155. ISHARES SILVER TRUST EQUITY | | None | J | T | | | | | |
| 156. BLACKROCK GLOBAL ALLOCATION | A | Dividend | K | T | | | | | |
| 157. COHEN & STEERS INTL REALTY FUND A | A | Dividend | J | T | | | | | |
| 158. COHEN & STEERS INTL REALTY FD C | A | Dividend | J | T | | | | | |
| 159. MARKET VECTORS GOLD MINERS | A | Dividend | J | T | | | | | |
| 160. SPDR GOLD TR GOLD | | None | J | T | | | | | |
| 161. ACCOUNT # 4 (H) | | | | | | | | | |
| 162. MORGAN STANLEY BANK, N.A. | A | Interest | J | T | | | | | |
| 163. ACTAVIS PLC (Y) | | | | | | | | | |
| 164. ADECCO SA UNSPON ADR | A | Dividend | J | T | | | | | |
| 165. ADOBE SYSTEMS (ADBE) (X) | | None | J | T | | | | | |
| 166. ADT CORPORATION COM (ADT) | A | Dividend | J | T | | | | | |
| 167. AES CORP (X) | A | Dividend | | | Sold | 12/10/15 | J | | |
| 168. AETNA INC (NEW)(CT) (AET) (X) | | None | J | T | | | | | |
| 169. ALLIED WORLD ASSURANCE CO HLDGS | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 08/08/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170. AKAMAI TECHNOLOGIES | | None | J | T | | | | | |
| 171. AKZO NOBEL | A | Dividend | J | T | | | | | |
| 172. ALLERGAN PLC SHS (X) | | None | J | T | | | | | |
| 173. ALLISON TRANSMN HLDGS INC | A | Dividend | J | T | | | | | |
| 174. ALPHABET INC CL A (formerly GOOGLE INC CL C) (GOOG) | | None | J | T | | | | | |
| 175. ALPHABET INC CL C (formerly GOOGLE INC CL A) (GOOGL) | | None | J | T | | | | | |
| 176. AMADEUS IT HLDG SA UNSPON ADR | A | Dividend | | | Sold | 06/04/15 | J | A | |
| 177. AMAZON | | None | J | T | | | | | |
| 178. AMC NETWORKS INC CL A | | None | J | T | | | | | |
| 179. AMERICAN EXPRESS CO (AXP) (X) | A | Dividend | J | T | | | | | |
| 180. AMERICAN HOMES 4 RENT (AMH) (X) | A | Dividend | J | T | | | | | |
| 181. ANADARKO PETROLEUM CORP | A | Dividend | J | T | | | | | |
| 182. ANHEUSER-BUSCH | A | Dividend | J | T | | | | | |
| 183. APACHE CORP (APA) (X) | A | Dividend | J | T | | | | | |
| 184. APPLE INC | A | Dividend | J | T | Sold (part) | 05/08/15 | J | | |
| 185. | | | | | Sold (part) | 08/04/15 | J | | |
| 186. APPLIED MATERIALS INC DELWARE | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 187. ARYZTA AG ADR (Y) | | | | | | | | | |
| 188. AT&T INC. | A | Dividend | | | Sold | 11/24/15 | J | | |
| 189. AUTODESK INC. | | None | J | T | | | | | |
| 190. AVIVA PLC ADR | A | Dividend | J | T | | | | | |
| 191. AXA S.A. SPONS ADR | A | Dividend | J | T | | | | | |
| 192. AXIS CAPITAL HOLDINGS LTD | A | Dividend | J | T | | | | | |
| 193. BARCLAYS PLC | A | Dividend | J | T | | | | | |
| 194. BAYER AG SPONSORED ADR | A | Dividend | J | T | | | | | |
| 195. BHP BILLITON LTD (BHP) | | None | | | Buy | 01/20/15 | J | | |
| 196. | | | | | Sold | 02/20/15 | J | A | |
| 197. BIOGEN IDEC INC | | None | J | T | Sold (part) | 03/12/15 | J | B | |
| 198. BLACKROCK INC. | A | Dividend | J | T | | | | | |
| 199. BNP PARIBAS SP ADR REPSTG (BNPQY) (X) | A | Dividend | J | T | | | | | |
| 200. BOEING CO. | A | Dividend | J | T | | | | | |
| 201. BRISTOL MYERS SQUIBB CO | A | Dividend | J | T | | | | | |
| 202. BROADCOM CORP CL A | A | Dividend | J | T | | | | | |
| 203. CALPINE CORP NEW (CPN) (X) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 08/08/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 204. CME GROUP INC CLASS A | A | Dividend | J | T | | | | | |
| 205. CVS CAREMARK CORP (Y) | | | | | | | | | |
| 206. CABLEVISION SYSTEMS CORP | A | Dividend | | | Sold | 09/17/15 | J | B | |
| 207. CAMERON INTNL CORP (CAM) (Y) | | | | | | | | | |
| 208. CARNIVAL PLC ADR | A | Dividend | J | T | | | | | |
| 209. CARNIVAL CP NEW PAIRED COM | A | Dividend | J | T | | | | | |
| 210. CELGENE CORP | | None | J | T | | | | | |
| 211. CHARLES SCHWAB CORP | A | Dividend | J | T | | | | | |
| 212. CHEVRON CORP (CVX) (Y) | | | | | | | | | |
| 213. CHUBB CORP. | A | Dividend | | | Sold | 07/01/15 | J | B | |
| 214. CISCO SYS INC | A | Dividend | J | T | | | | | |
| 215. CITIGROUP INC NEW | A | Dividend | J | T | | | | | |
| 216. CITRIX SYSTEMS INC | | None | J | T | | | | | |
| 217. CME GROUP INC (CME) | A | Dividend | J | T | | | | | |
| 218. COACH INC (Y) | | | | | | | | | |
| 219. COCA-COLA CO. | A | Dividend | J | T | | | | | |
| 220. COMCAST CORP CL A STOCK | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 221. COVIDIEN LTD | A | Dividend | | | Sold | 01/27/15 | J | A | |
| 222. CREDIT SUISSE GROUP (Y) | | | | | | | | | |
| 223. CREE RESEARCH INC (CREE) (X) | | None | J | T | | | | | |
| 224. CVS HEALTH CORP COM (CVS) (X) | A | Dividend | J | T | | | | | |
| 225. DAIMLER AG | A | Dividend | | | Sold | 09/09/15 | J | A | |
| 226. DEUTSCHE TELEKOM AG 1 ORD 1ADS (DTEGY) (X) | A | Dividend | J | T | | | | | |
| 227. DEVON ENERGY CORP NEW (DVN) | A | Dividend | J | T | Buy | 01/20/15 | J | | |
| 228. | | | | | Buy (add'l) | 11/30/15 | J | | |
| 229. DIAGEO PLC SPON ADR NEW (DEO) (X) | A | Dividend | J | T | | | | | |
| 230. DISCOVER FINCL SVCS (DFS) (X) | A | Dividend | J | T | | | | | |
| 231. DIRECTV CL A (Y) | | | | | | | | | |
| 232. DOLBY LABORATORIES INC CLASS A | A | Dividend | J | T | | | | | |
| 233. DU PONT EL DE NEMOURS & CO | A | Dividend | J | T | | | | | |
| 234. EMC CORP-MASS (Y) | | | | | | | | | |
| 235. EATON CORP | A | Dividend | J | T | | | | | |
| 236. EBAY INC. | | None | J | T | | | | | |
| 237. ECOLAB INC (ECL) (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 18 of 28

**Name of Person Reporting**

**SIRAGUSA, CHARLES J.**

**Date of Report**

08/08/2016

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 238. ERICSSON LM TEL CO CL B ADR NEW | A | Dividend | J | T | | | | | |
| 239. EXXON MOBIL CORP | A | Dividend | | | Sold | 04/02/15 | J | A | |
| 240. FACEBOOK INC | | None | J | T | | | | | |
| 241. FIRST REPUBLIC BANK | A | Dividend | J | T | | | | | |
| 242. FLETCHER BLGD LTD (Y) | | | | | | | | | |
| 243. FLUOR CORP NEW | A | Dividend | J | T | | | | | |
| 244. FMC TECHNOLOGIES (Y) | | | | | | | | | |
| 245. FRANKLIN RESOURCES | A | Dividend | J | T | | | | | |
| 246. GENERAL ELECTRIC CO | A | Dividend | J | T | Sold (part) | 04/09/15 | J | B | |
| 247. GENTEX CORP (GNTX) (X) | | None | J | T | | | | | |
| 248. GLAXOSMITHKLINE PLC SP ADR | A | Dividend | J | T | | | | | |
| 249. GOLDMAN SACHS GRP INC | A | Dividend | | | Sold | 12/14/15 | J | A | |
| 250. HSBC HOLDING PLC SP ADR NEW (Y) | | | | | | | | | |
| 251. HALLIBURTON CO HOLDINGS CO | A | Dividend | J | T | Buy (add'l) | 11/30/15 | J | | |
| 252. HEIDELBERG CEMENT ADR (Y) | | | | | | | | | |
| 253. HESS CORP | A | Dividend | J | T | | | | | |
| 254. HITACHI 10 COM NEW ADR (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 08/08/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 255. HOME DEPOT INC. | A | Dividend | J | T | | | | | |
| 256. HONDA MOTOR COMPANY LTD ADR (HMC) | A | Dividend | J | T | Buy | 08/10/15 | J | | |
| 257. HONEYWELL INTL INC | A | Dividend | J | T | | | | | |
| 258. HOYA CORP | A | Dividend | J | T | | | | | |
| 259. IMMUNOGEN INC (IMGN) (X) | | None | J | T | | | | | |
| 260. INCITEC PIVOT LIMITED ADR (INCZY) | A | Dividend | J | T | Buy | 01/20/15 | J | | |
| 261. IONIS PHARMACEUTICALS INC (formerly ISIS PHARMACEUTICALS) (IONS) | | None | J | T | | | | | |
| 262. JAPAN AIRLS LTD ADR (JAPSY) | A | Dividend | J | T | Buy | 01/13/15 | J | | |
| 263. JP MORGAN CHASE & CO | A | Dividend | J | T | | | | | |
| 264. JOHNSON & JOHNSON | A | Dividend | J | T | | | | | |
| 265. JOY GLOBAL INC | A | Dividend | | | Buy | 01/20/15 | J | | |
| 266. | | | | | Sold | 04/09/15 | J | B | |
| 267. JONES LANG LASALLE INC. | A | Dividend | J | T | | | | | |
| 268. KLA-TENCOR CORP | A | Dividend | J | T | | | | | |
| 269. KEYCORP - NEW | A | Dividend | J | T | | | | | |
| 270. L 3 COMMUNICATIONS HLDGS INC. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 08/08/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 271. LIBERTY INTERACTIVE CO INTER A | | None | J | T | | | | | |
| 272. LIBERTY MEDIA CORP SER C (LMCK) (X) | | None | J | T | | | | | |
| 273. LINKEDIN CORP-A (LNKD) (X) | | None | J | T | | | | | |
| 274. MARINE HARVEST ASA ADR | A | Dividend | J | T | | | | | |
| 275. MEDTRONIC PLC SHS (MDT) | A | Dividend | J | T | Buy | 01/27/15 | J | | |
| 276. MERCK & CO INC. | A | Dividend | J | T | | | | | |
| 277. MICROSOFT | A | Dividend | J | T | Buy (add'l) | 08/27/15 | J | | |
| 278. | | | | | Buy (add'l) | 08/31/15 | J | | |
| 279. MONSANTO CO | A | Dividend | J | T | | | | | |
| 280. MURPHY USA INC COM (MUSA) (X) | | None | J | T | | | | | |
| 281. NASDAQ OMX GROUP INC. | A | Dividend | J | T | | | | | |
| 282. NATIONAL OILWELL VARCO INC (Y) | | | | | | | | | |
| 283. NESTLE SPON ADR REP REG SHR (NSRGY) | A | Dividend | J | T | Buy | 01/20/15 | J | | |
| 284. NIKE INC CL B | A | Dividend | J | T | | | | | |
| 285. NOVARTIS AG ADER | A | Dividend | J | T | | | | | |
| 286. NSK LTD (Y) | | | | | | | | | |
| 287. NUCOR CORP | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 08/08/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 288. OCCIDENTAL PETROLEUM CORP DE | A | Dividend | J | T | Buy (add'l) | 11/30/15 | J | | |
| 289. ONEMAIN HLDGS INC (OMF) | | None | J | T | Buy | 04/29/15 | J | | |
| 290. ORACLE CORP (ORCL) (X) | A | Dividend | J | T | | | | | |
| 291. OTSUKA HOLDINGS CO LTD UNS ADR | A | Dividend | J | T | | | | | |
| 292. PAYPAL HLDGS INC COM (PYPL) (X) | | None | J | T | | | | | |
| 293. PALL CORP COMMON STOCK | A | Dividend | | | Sold (part) | 05/13/15 | J | B | |
| 294. | | | | | Sold | 05/14/15 | J | A | |
| 295. PEBBLEBROOK HOTEL TRUST | A | Dividend | J | T | | | | | |
| 296. PENTAIR LTD (Y) | | | | | | | | | |
| 297. PRECISION CASTPARTS CORP (PCP) (Y) | | | | | | | | | |
| 298. PULTE GROUP INC (PHM) (X) | | None | J | T | | | | | |
| 299. QUALCOMM INC | A | Dividend | | | Sold | 03/10/15 | J | A | |
| 300. RAYTHEON CO | A | Dividend | J | T | | | | | |
| 301. RED HAT INC | | None | J | T | | | | | |
| 302. REGENERON PHARM (REGN) (X) | | None | J | T | | | | | |
| 303. REGIONS FINANCIAL CORP | A | Dividend | J | T | | | | | |
| 304. ROCKWELL COLLINS INC (COL) (X) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 08/08/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 305. ROYAL DUTCH SHELL PLC CL B | A | Dividend | | | Buy | 01/20/15 | J | | |
| 306. | | | | | Sold | 06/08/15 | J | | |
| 307. ROYAL KPN NV SPONS ADR (KKPNY) (X) | A | Dividend | J | T | | | | | |
| 308. SAFRAN SA | A | Dividend | J | T | | | | | |
| 309. SANDISK CORP | A | Dividend | J | T | | | | | |
| 310. SCHLUMBERGER LTD | A | Dividend | J | T | | | | | |
| 311. SEAGATE TECHNOLOGY | A | Dividend | J | T | | | | | |
| 312. SERVICE CORP INTL (SCI) | A | Dividend | J | T | Buy | 04/22/15 | J | | |
| 313. SONY CORP ADR 1974 NEW | A | Dividend | J | T | | | | | |
| 314. STANLEY BLACK & DECKER INC | A | Dividend | J | T | | | | | |
| 315. STATE STREET CORP (Y) | | | | | | | | | |
| 316. SUMITOMO MITSUI FINL GROUP INC (SMFG) | A | Dividend | J | T | Buy | 01/20/15 | J | | |
| 317. SYMANTEC CORP | A | Dividend | J | T | | | | | |
| 318. SYNCHRONY FINANCIAL | | None | J | T | | | | | |
| 319. TARGET CORPORATION (Y) | | | | | | | | | |
| 320. TE CONNECTIVITY LTD-CHF | A | Dividend | J | T | | | | | |
| 321. TELEPERFORMANCE SA UNSP ADR | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 08/08/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 322. TERADYNE INC | A | Dividend | J | T | | | | | |
| 323. TEVA PHARMACEUTICAL INDS LTD | A | Dividend | J | T | | | | | |
| 324. TEXAS INSTRUMENTS INC. | A | Dividend | J | T | | | | | |
| 325. THERMO FISHER SCIENTIFIC | A | Dividend | J | T | | | | | |
| 326. TOTAL S A SPON ADR (TOT) | A | Dividend | J | T | Buy | 01/20/15 | J | | |
| 327. TOWERS WATSON & CO CL A (Y) | | | | | | | | | |
| 328. TRAVELSKY TECH LTD SPONS ADR (Y) | | | | | | | | | |
| 329. TWITTER INC (TWTR) (X) | A | Dividend | J | T | | | | | |
| 330. TYCO INTL LTD | A | Dividend | J | T | | | | | |
| 331. TWENTY-FIRST CENTURY FOX CL A | A | Dividend | J | T | | | | | |
| 332. UBS AG | A | Dividend | J | T | | | | | |
| 333. US BANCORP | A | Dividend | J | T | | | | | |
| 334. UNILEVER PLC SPONS ADR NEW (Y) | | | | | | | | | |
| 335. UNITED PARCEL SERVICE | A | Dividend | J | T | | | | | |
| 336. UNITED RENTALS INC (URI) (X) | | None | J | T | | | | | |
| 337. UNITEDHEALTH GROUP INC. | A | Dividend | J | T | | | | | |
| 338. VEECO INSTRUMENTS INC DEL (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 08/08/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 339. VERTEX PHARMACEUTICALS | | None | J | T | Sold (part) | 03/17/15 | J | B | |
| 340. VISA INC COM | A | Dividend | J | T | Sold (part) | 12/09/15 | J | A | |
| 341. VODAFONE COMMON STOCK (Y) | | | | | | | | | |
| 342. W W GRAINGER INC | A | Dividend | J | T | | | | | |
| 343. WALT DISNEY CO. | A | Dividend | J | T | Sold (part) | 10/28/15 | J | A | |
| 344. WEATHERFORD INTL LTD (WFT) | | None | J | T | Buy | 01/20/15 | J | | |
| 345. WESTERN DIGITAL CORPORATION (WDC) (X) | A | Dividend | J | T | | | | | |
| 346. WEYERHAEUSER CO. COMMON STOCK | A | Dividend | J | T | | | | | |
| 347. WIENERBERGER AG SPON ADR (WBRBY) (X) | A | Dividend | J | T | | | | | |
| 348. WPP PLC ADR | A | Dividend | J | T | | | | | |
| 349. XILINX INC | A | Dividend | J | T | | | | | |
| 350. YAHOO INC | | None | J | T | | | | | |
| 351. YUM BRANDS INC | A | Dividend | J | T | | | | | |
| 352. ZOETIS INC CLASS A | A | Dividend | J | T | | | | | |
| 353. ISHARES CORE US GROWTH EFT (Y) | | | | | | | | | |
| 354. ISHARES CORE US VALUE ETF | A | Dividend | J | T | | | | | |
| 355. ISHARES RUSSELL 1000 GRW ETF | | None | | | Sold | 01/20/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 356. VANGUARD FTSE DEVELOPED MKTS E | A | Dividend | J | T | | | | | |
| 357. TRIBOROUGH BRDG (8960298H1) | A | Interest | K | T | | | | | |
| 358. ERIE CNTY N Y WTR AUTH (295101PW3) | A | Interest | | | Sold | 04/09/15 | K | A | |
| 359. NEW YORK ST URBAN DEV CORP (650035TW8) | A | Interest | | | Sold | 07/22/15 | K | | |
| 360. ONONDAGA CNTY N Y TR CULTURAL RES REV (68276FAK6) | A | Interest | K | T | | | | | |
| 361. NEW YORK ST DORM AUTH 3RD GENL (64990HMG2) | A | Interest | K | T | | | | | |
| 362. EMPIRE ST NEW YORK DEV CORP (650035RE0) | A | Interest | J | T | | | | | |
| 363. ROCHESTER NY GENL OBLIG SER-I (771694LV6) | | None | J | T | Buy | 07/22/15 | J | | |
| 364. NEW YORK ST DORM AUTH REVS ST SUPPORTED DEBT REV (64983M2M9) | A | Interest | K | T | | | | | |
| 365. SYRACUSE N Y PUB IMPT GENL OBLIG REF-A (871702U53) | A | Interest | K | T | Buy | 05/13/15 | K | | |
| 366. SUFFOLK CNTY NY GENL OBLIG REF SER-B | A | Interest | J | T | Buy | 04/09/15 | J | | |
| 367. NEW YORK & NEW JERSEY PORT AUTH SER-179 (73358WQH0) | A | Interest | K | T | | | | | |
| 368. NEW YORK CITY MUN WTR AU WTR & SWR (64972F5Y8) | A | Interest | K | T | | | | | |
| 369. WESTERN NASSAU CNTY N Y WTR AUTH WTR SYS REV-B (958792DR1) | A | Interest | J | T | Buy | 04/15/15 | J | | |
| 370. ERIE CNTY NY FISCAL STABILITY AUTH (29508RGJ9) | A | Interest | K | T | | | | | |
| 371. NEW YORK N Y CITY TRANSITIONAL FIN AUTH REV-E (64971QP49) | A | Interest | K | T | | | | | |
| 372. METROPOLITAN TRANSPORTATION AUTHORITY REV-E (59259YN54) | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 08/08/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 373. NEW YORK N Y TRANSITIONAL FIN AUTH (64972HLB6) | A | Interest | K | T | | | | | |
| 374. NEW YORK ST ENVIR FACS CORP CLEAN WTR (64986AN72) | A | Interest | J | T | | | | | |
| 375. NEW YORK ST THRUWAY AUTH GEN REV JR (650010AD3) | A | Interest | K | T | | | | | |
| 376. ACCOUNT # 5 (H) | | | | | | | | | |
| 377. SMITH BARNEY MONEY MARKET | A | Dividend | K | T | | | | | |
| 378. MIAMI-DADE CNTY FLA SCH DIST RFDG FSA | | None | K | T | | | | | |
| 379. ALLEGHENY CNTY PA HOSP DEV AUTH REV UNIV PITTSBURGH MED | | None | K | T | | | | | |
| 380. ACCOUNT # 5 (H) | | | | | | | | | |
| 381. MORGAN STANLEY BANK, N.A. | A | Interest | M | T | | | | | |
| 382. DELAWARE LIFE | | None | M | T | | | | | |
| 383. IRA # 6 (H) | | | | | | | | | |
| 384. MORGAN STANLEY BANK N.A. | A | Interest | J | T | | | | | |
| 385. AQR MANAGED FUTURES STATEGY 1 | | None | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 08/08/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII: Entries reflecting no reportable income are correct.

Part VII, line 24: After a reportable purchase (1/20/15, J), the asset's value fell below the reporting threshold as a result of non-reportable transactions.

Part VII, line 40: Name change; see 2014, Part VII, line 41.

Part VII, line 56: After a reportable purchase (4/10/15, J), the asset's value fell below the reporting threshold as a result of non-reportable transactions.

Part VII, line 84: Paypal stock was issued as a stock dividend from Ebay (line 45). Corporate action - no reportable transaction.

Part VII, line 103: Name change; see 2014, Part VII, line 110.

Part VII, line 105: Name change; see 2014, Part VII, line 113.

Part VII, line 110: Name change; see 2014, Part VII, line 119.

Part VII, line 114: Name change; see 2014, Part VII, line 124.

Part VII, line 166: Name change; see 2014, line 356.

Part VII, line 207: After a reportable purchase (1/23/15, J), the asset's value fell below the reporting threshold as a result of non-reportable transactions.

Part VII, line 212: After a reportable purchase (1/20/15, J) and two reportable partial sales (8/27/15, J & 8/31/15, J), the asset's value fell below the reporting threshold as a result of non-reportable transactions.

Part VII, line 217: CME was inadvertently omitted from the prior report.

Part VII, line 218: After a reportable purchase (1/20/15, J), the asset's value fell below the reporting threshold as a result of non-reportable transactions.

Part VII, line 244: After a reportable purchase (1/20/15, J), the asset's value fell below the reporting threshold as a result of non-reportable transactions.

Part VII, line 292: Paypal stock was issued as a stock dividend from Ebay (line 236). Corporate action - no reportable transaction.

Part VII, line 297: After a reportable purchase (1/20/15, J), the asset's value fell below the reporting threshold as a result of non-reportable transactions.

Part VII, line 319: After a reportable partial sale (1/16/15, J), the asset's value fell below the reporting threshold as a result of non-reportable transactions.

Part VII, line 328: After a reportable partial sale (4/15/15, J), the asset's value fell below the reporting threshold as a result of non-reportable transactions.

(2014) Part VII, lines 144, 164, 177, and 411: Citibank, N.A. accounts were closed and the funds transferred to Morgan Stanley Bank, N.A.

| Name of Person Reporting | Date of Report |
|---|---|
| SIRAGUSA, CHARLES J. | 08/08/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ CHARLES J. SIRAGUSA**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544